UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 10-20453-CIV-GRAHAM/DUBE

MARK ANTHONY SHARPE,

    Plaintiff,
vs.

MICHAEL J. ASTRUE
Commissioner of Social
Security Administration,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act [D.E. 20] and Defendant's Response to Plaintiff's Request for Attorney Fees Under the Equal Access to Justice Act [D.E. 23].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Robert L. Dube. The Magistrate Judge issued a Report [D.E. 24] recommending that Plaintiff's motion be granted and that Plaintiff recover $1,526.43 as attorney's fees. Additionally, the Magistrate Judge recommended that, in accordance with the Assignment agreement between Plaintiff and his attorney, the fees should be payable to the Plaintiff's attorney, subject to offset to satisfy any preexisting debt that the Plaintiff owes the United States. Astrue v. Ratliff, 130 S.Ct. 2521 (2010). Defendant filed objections to the Magistrate Judge's Report requesting that

the Court direct that any fees awarded be made payable to Plaintiff as the prevailing party [D.E. 25]. Plaintiff filed a Reply to Defendant's Objections to Magistrate Report requesting that this Court order the remainder sum, following offset, to be paid directly to Plaintiff's attorney pursuant to the Assignment entered into by the attorney and Plaintiff [D.E. 26]

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises.

The Court agrees that pursuant to <u>Ratliff</u>, the EAJA fees award is payable to the litigant and subject to a government offset to satisfy a pre-existing debt that the litigant owes the United States. <u>Ratliff</u>, 2524. However, the Court does not read <u>Ratlilff</u> as a bar to Plaintiff's assignment of the remainder of the attorney fees award. Moreover, the Court finds that the remainder sum, following offset, is not an amount due and payable to the government and therefore not governed by the provisions of 31 U.S.C. §3727. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Robert L. Dube's Report [D.E. 27] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Application for Attorney Fees [D.E. 20] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff is **AWARDED** a total of $1,526.43 in attorney's fees subject to offset of any pre-existing

2

debt that the Plaintiff owes to the United States. The award amount that remains after offset is to be paid directly to Plaintiff's counsel, Adam Scott Neidenberg, Esq. It is further

**ORDERED AND ADJUDGED** that Defendant shall pay Mr. Neidenberg the fee award within sixty (60) days of the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of January, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Dube
All Counsel of Record